### Driggers *et al. v.* Moore *et al.*

Atkinson, J. 1. "An administrator can not lawfully sell property held adversely to the estate by a third person, and a deed made by an administrator to land when the same is held adversely to the estate by a third person is void." *Booth* v. *Young*, 149 *Ga.* 276 (99 S. E. 886).

2. Applying the principle above announced, an administrator's deed will not support an action of complaint for land instituted by the grantee against a third person, where at the time of the administrator's sale the land in dispute was held in adverse possession by such third person.

---

Executors and Administrators, 24 C. J. p. 153, n. 28; p. 154, n. 37 New.

3. The court erred, under the pleadings and evidence in this case, in overruling the motion for a nonsuit.

*Judgment reversed.  All the Justices concur.*

No. 5364.  FEBRUARY 17, 1927.

Complaint for land.  Before Judge Franklin.  Richmond superior court.  March 13, 1926.

*Vernon Elliott* and *Archibald Blackshear,* for plaintiffs in error.

*E. G. Kalbfleisch* and *H. A. Woodward,* contra.